# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145781

_____

In re A. M. PALACIOS, Minor.

SC: 145781
COA: 308447
Oakland CC Family Division:
11-783621-NA

_____/

On order of the Court, the application for leave to appeal the August 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2012

_____     _____
Clerk

s1009